# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135513
& (40)

WILLIAM ERNEST KETELHUT,
      Plaintiff-Appellant-Cross-
      Appellee,

v

DIANNE KETELHUT,
      Defendant-Appellee-Cross-
      Appellant.

SC: 135513
COA: 270733
St. Clair CC: 05-000215-DO

_____/

      On order of the Court, the application for leave to appeal the November 13, 2007 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk